**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 179 WAL 2018

               Respondent          :

                                     :   Petition for Allowance of Appeal from
                                     :   the Order of the Superior Court

               v.                     :

                                     :

JAMES T. BYRD, A/K/A AL-TARIQ       :
SHARIF ALI BYRD,                    :

               Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2018, the Petition for Allowance of Appeal

is **GRANTED**. The issue, rephrased for clarity, is:

    i.     Where an inmate defendant seeks to suppress recordings of his jail visit communications in a criminal proceeding, must the Commonwealth demonstrate that the inmate had actual knowledge that he was being recorded to satisfy the "prior consent" requirement of the two-party consent exception to the Wiretapping and Electronic Surveillance Control Act ("Wiretap Act"), 18 Pa.C.S. § 5704(4)?

    ii.     If actual knowledge is required by the statute, did the Superior Court err in concluding that Byrd had actual knowledge that he was being recorded?